IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

SANDRA P.,

    **Plaintiff,**

v.

KILOLO KIJAKAZI,

*Acting Commissioner of*
*Social Security Administration*,

    **Defendant.**

CIVIL NO. 2:21-CV-127

## FINAL ORDER

Sandra P.[1] ("Plaintiff") brought this action under Section 405(g) of the Social Security Act ("SSA"), 42 U.S.C. § 405(g), seeking judicial review of the decision of the defendant, Kilolo Kijakazi, Acting Commissioner of the Social Security Administration ("Commissioner"), which denied her claim for Disability Insurance Benefits ("DIB"). ECF No. 1. Both parties moved for summary judgment. ECF Nos. 17, 22.

The matter was referred to United States Magistrate Judge Douglas E. Miller for a report and recommendation pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 72(b) of the Federal Rules of Civil Procedure as well as Rule 72 of the Local Rules of this Court. ECF No. 11. The Report and Recommendation of the Magistrate Judge was filed on March 1, 2022, which recommends that the Court deny the Commissioner's Motion for Summary Judgment (ECF No. 22), grant in part and deny in part Plaintiff's Motion for Summary Judgment (ECF No. 17), and remand the Commissioner's finding of no disability for further administrative

---

[1] The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that, due to significant privacy concerns in social security cases, federal courts should refer to claimants only by their first names and last initials.

1

proceedings. ECF No. 25 at 2, 20. "[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" Diamond v. Colonial Life & Acc. Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (citation omitted). To date, neither party has filed objections to the Magistrate Judge's Report and Recommendation, and the time for filing the same has expired.

Therefore, the Court hereby **ADOPTS** the findings and recommendations of the Magistrate Judge as set forth in the Report and Recommendation filed on March 1, 2022, having found no clear error on the face of the record. ECF No. 25. Accordingly, the Court **DENIES** Commissioner's Motion for Summary Judgment, ECF No. 22, **GRANTS IN PART** and **DENIES IN PART** Plaintiff's Motion for Summary Judgment, ECF No. 17, and **REMANDS** the Commissioner's finding of no disability for further administrative proceedings.

The Clerk is **DIRECTED** to forward a copy of this Final Order to all Counsel of Record.

**IT IS SO ORDERED.**

/s/
Robert G. Doumar
UNITED STATES DISTRICT JUDGE

Norfolk, VA
March 16, 2022